IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT E. LUNDERVILLE,             :
                                   :
      Plaintiff,                   :
                                   :      CIVIL ACTION
v.                                 :
                                   :      NO. 1:12-CV-1404-ODE-ECS
TRANS UNION, LLC et al.,           :
                                   :
      Defendants.                  :

**O R D E R**

On April 23, 2012, the above-styled case was transferred to the Northern District of Georgia from the Eastern District of Pennsylvania. [Doc. 39]. A review of the docket shows that the case has been pending in this Court for more than six (6) months with no substantial proceedings of record. Accordingly, the undersigned hereby **ORDERS** Plaintiff **TO SHOW CAUSE** in writing by **Friday, December 14, 2012**, why sanctions should not be imposed, including dismissal of this action, for the failure of Plaintiff to prosecute this action, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3A(3).[1]

**SO ORDERED**, this 6th day of December, 2012.

                              s/ *E. Clayton Scofield*
                              E. CLAYTON SCOFIELD III
                              UNITED STATES MAGISTRATE JUDGE

---

[1]    Rule 41(b) of the Federal Rules of Civil Procedure authorizes a district court to dismiss a complaint for failure to prosecute. Fed. R. Civ. P. 41(b); see also Gratton v. Great Am. Commc'ns, 178 F.3d 1373, 1374 (11th Cir. 1999).

AO 72A
(Rev.8/82)